## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| Plaintiff, ) | |
| ) | **8:02CR163** |
| vs. ) | |
| ) | **ORDER** |
| **LILY SNOW,** ) | |
| Defendant. ) | |

Defendant Lily Snow appeared before the court on Wednesday, May 4, 2005 on a Petition for Warrant or Summons for Offender Under Supervision [5070]. The defendant was represented by Assistant Federal Public Defender Michael J. Hansen and the United States was represented by Assistant U.S. Attorney Russell X. Mayer. Because the defendant was not in custody, she did not have a right to a preliminary hearing. The government did not request detention of the defendant. Therefore, the defendant was released on the current conditions of probation.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Smith Camp.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Judge Laurie Smith Camp in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 1:30 p.m. on May 16, 2005.** Defendant must be present in person.

2  The defendant, Lily Snow, is released on current conditions of probation.

DATED this 5th day of May, 2005.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge