IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:02CR163** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **LILY SNOW,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion to amend ¶ 7 of the special conditions of supervised release (Filing No. 65). The motion states that the supervising probation officer, Drew Cromwell, does not object to the request. Assistant United States Attorney Douglas Semisch has stated that he has no objection. The motion will be granted.

IT IS ORDERED:

1. The Defendant's motion to amend ¶ 7 of the special conditions of supervised release (Filing No. 65) is granted; and

2. Special condition number 7 of the Defendant's supervised release condition is amended as follows: "The Defendant is required to reside in Sioux City, Iowa, or South Sioux City, Nebraska."

DATED this 31st day of August, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge